September 29, 1916.) Judgment and order of the County Court of Queens County unanimously affirmed, with costs. No opinion.

In the Matter of Max BROWN, an Attorney. (Supreme Court, Appellate Division, First Department. February, 1916.) Motions granted. Memorandum per curiam. Orders to be settled on notice.

Charles H. BROWN, Respondent. v. PROTECTED HOME CIRCLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment and order affirmed, with costs. All concurred.

Lawrence E. BROWN v. Charles A. ROBINSON and Others. (Supreme Court, Appellate Division, First Department. February, 1916.) Motion granted. Memorandum per curiam. Order to be settled on notice.

Frank BRUST, respt., v. John CAMPBELL, applt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Judgment and order unanimously affirmed, with costs.

Joseph BUCALOS, respondent, v. Bernhard SCHUBERT, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the finding by the jury that the operator of the car was engaged in the business of the master at the time of the casualty is contrary to the evidence. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

John BULCK, respondent, v. George F. DRISCOLL, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

James L. BUNNELL v. Elverton R. CHAPMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion to strike papers from record granted. Settle order on notice.

James L. BUNNELL v. Elverton R. CHAPMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion to continue stay granted. Settle order on notice.

Robert E. BURKE v. Leon MOYSE and another. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

Frederick P. BURNHAM, an infant, etc., respondent, v. THOMAS ROULSTON, Inc., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Thomas BURNHAM, respondent, v. THOMAS ROULSTON, Inc., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the matter of the claim of Guiseppe CACCAVANO, claimant, for compensation under the Workmen's Compensation Law, respt., v. NEW YORK ONTARIO & WESTERN RAILWAY COMPANY, employer, applt. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.

Maurice D. CADMAN, respondent, v. CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs, upon the authority of Seifert v. City of Brooklyn, 101 N. Y. 136, 4 N. E. 321, 54 Am. Rep. 664.

Matter of Peter CAFFREY, dec'd. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 13th.

Charles H. CALKINS, respt., v. John A. LEVIS, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal by September 30th and be ready to argue appeal on October 9th.

CAMPAGNA CONSTRUCTION CO. v. Arthur H. WOODS. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of CANDEE, SMITH & HOWLAND CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Nicolo CARLUCCI, respondent, v. SOCIETA S. ANTONIO DI M. S., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order of the County Court of Westchester County affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich., JJ., concur.

Nicola CARLUCCI, respondent, v. SOCIETA S. ANTONIO DI M. S., appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

Domenico CARLUCCIO, respondent, v. Antonio CARDONE, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order of the County Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.